**FILED**

McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

AUG 1 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: )
)   NO. 2: 0 8 - MJ - 2 7 3   KJM
UNITED STATES OF AMERICA )
)   [PROPOSED] ORDER
v. )
)   [IN CAMERA AND UNDER SEAL]

PAMOUANE PAN PHONEPHACKDY, and
VY RICKEY YOU.

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the complaint in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal. Upon consideration of the application and the entire record herein,

/////

/////

/////

/////

SEALED

/////

/////

/////

/////

/////

4

the complaint, (2)

1    IT IS HEREBY ORDERED that the affidavit underlying the complaint in the above-entitled

2    proceedings, together with the application of the United States and the accompanying Memorandum of

3    Points and Authorities and Declaration, and this order shall be filed with this Court in camera and under

4    seal and shall not be disclosed to any person unless otherwise ordered by this Court.

5        Dated this 11th day of August, 2008.

6

7

8                                                By: _____

9                                                        KIMBERLY J. MUELLER
                                                        United States Magistrate Judge

10   Presented by:

11

12

13   _____
     KYLE REARDON

14   Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        5