McGREGOR W. SCOTT
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2782

**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 08-MJ-274 KJM |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER |
| v. ) | FOR UNSEALING COMPLAINT |
| ) | |
| ZI LEI, and DE YANG, ) | |
| ) | |
| Defendants. ) | |

On August 11, 2008, a complaint was filed in the above-referenced case. Since one of the defendants has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and attached affidavit be unsealed.

DATED: August 14, 2008            McGREGOR W. SCOTT
                                  United States Attorney

                                  By /s/ Kyle Reardon
                                  KYLE F. REARDON
                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:
DATED: 8/14/08                    /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  United States Magistrate Judge

1