1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797



FILED

AUG 28 2008

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

5            IN THE UNITED STATES DISTRICT COURT

6           FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,      )
                                  )  MAG. NO. 08-MJ-273 KJM
9           Plaintiff,            )
                                  )  APPLICATION AND ORDER
10     v.                         )  FOR UNSEALING COMPLAINT
                                  )
11 PAMOUANE PHONEPHAKDY, and      )
                                  )
12 VY RICKEY YOU,                 )
                                  )
13          Defendants.           )
   _____)

14

15     On August 11, 2008, a complaint was filed in the above-
16 referenced case. Since most of the defendants in the relating
17 cases have now been arrested, it is no longer necessary for the
18 complaint to be sealed. The government respectfully requests
19 that the complaint and attached affidavit be unsealed.

20

21 DATED: August 28, 2008           McGREGOR W. SCOTT
                                    United States Attorney
22

23                                  By /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
24                                    Assistant U.S. Attorney

25                         **ORDER**

26 IT IS SO ORDERED:

27 DATED: 8/28/08                   _____
                                    DALE A. DROZD
28                                  United States Magistrate Judge

1