**FILED**
October 10, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>                   Plaintiff,           )<br>v.                                                    )<br>                                                         )<br>Pamouane Phonephackdy,         )<br>                                                         )<br>                   Defendant.        ) | Case No. 2:08-mj-273 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Pamouane Phonephackdy  Case 2:08-mj-273 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_\_   Release on Personal Recognizance

     \_\_   Bail Posted in the Sum of _____

     _X_   Unsecured bond in the amount of $200,000, co-signed by defendant's mother, father, sister, brother, cousin and brother-in-law.

     \_\_   Appearance Bond with 10% Deposit

     \_\_   Appearance Bond secured by Real Property

     \_\_   Corporate Surety Bail Bond

     _X_   (Other) Probation conditions/supervision; residential treatment at The Effort

Issued at  Sacramento, CA  on 10/10/08  at  11:53 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge