**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-389-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO FEBRUARY 6, 2009 |
| ) | |
| KEOUDONE N. PHAOUTHOUM, ) et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant Keoudone N. Phaouthoum by his attorney Ms. Katherine E. Lothrop, defendant Bounthavee Nersain, by his attorney Mr. Donald P. Dorfman, defendant Kommala Xayadeth by his attorney Mr. Mark J. Reichel, defendant John Li, by his attorney Mr. Johnny L. Griffin, III, defendant Son Nguyen, by his attorney Mr. Michael B. Bigelow, defendant Vy Rickey You, by his attorney, Mr. Ronald J. Peters, defendant Pamouane Pan Phonephackdy, by his attorney, Mr. Dwight M. Samuel, and defendant Koutkeo Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, November 7, 2008, at 9:00 a.m.** before the Honorable United States District

1

Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, February 6, 2009, at 9:00 a.m.**

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, February 6, 2009.

There is no trial date set.

The Court has previously made a finding that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entries # 36, 46 and 47). In addition,  the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 36, 46 and 47)

**PROCEDURAL STATUS  OF THE CASE**

On August 11, 2008, the government filed a criminal complaint. (See Docket Entry #1). On August 28, 2008, the government filed a four count Indictment against the eight (8) defendants. (See Docket Entry # 32)

On August 28, 2008, five (5) of the defendants were arraigned on the four (4) count  Indictment and a status conference was scheduled for November 7, 2008. The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact

1 or law, that it is unreasonable to expect adequate preparation for pretrial proceedings
2 or the trial itself within the time limits established by the Speedy Trial Act.  (See
3 Docket Entry 36). In addition,  the Court previously found from the record made with
4 factual support, that time is to be excluded under local code T-4, that time is to be
5 excluded  for the reasonable time necessary for effective preparation by defense
6 counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time
7 was excluded under the Speedy Trial Act from August 28, 2008, to November 7,
8 2008. (See Docket Entry 36)

9 On September 24, 2008, defendant Vy Rickey You (which would be the sixth
10 defendant) was arraigned on the four (4) count Indictment. The Court found that this
11 case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section
12 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding
13 that this case is so unusual or so complex, due to the number of defendants, the nature
14 of the prosecution, or the existence of novel questions of fact or law, that it is
15 unreasonable to expect adequate preparation for pretrial proceedings or the trial itself
16 within the time limits established by the Speedy Trial Act.  (See Docket Entry 36). In
17 addition,  the Court previously found from the record made with factual support, that
18 time is to be excluded under local code T-4, that time is to be excluded  for the
19 reasonable time necessary for effective preparation by defense counsel and Title 18
20 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under
21 the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry
22 36)

23 On October 7, 2008, defendants Bounthavee Nereasin and Pamouane Pan
24 Phonephackdy (the seventh and eighth defendants) were arraigned on the four (4)
25 count Indictment. The Court found that this case is complex pursuant to the Speedy
26 Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which
27 allowed the Court to make the finding that this case is so unusual or so complex, due

28

to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entry 36 and 47). In addition,  the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 36 and 47)

## DISCOVERY STATUS IN THE CASE

The government is in the process of continuing to produce discovery in this case. To date, the government has produce approximately over 4,700 pages both on CD's and hard copy and approximately over 2.600 telephone calls of various time duration. The government has just recently produced (November 3, 2008) a CD with over 2 hours of video on the CD, some of which is in a language other than English which will need to be translated.  The defense is in the continuing process of reviewing this large amount of discovery.

In addition, investigation by the defense is on going.

The parties stipulate and agree that time under the Speedy Trial Act  shall continue be excluded **up to and including Friday, February 6,  2009,  under** the Speedy Trial Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

4

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|  | /s/ Michael M. Beckwith by e mail authorization |
| DATED: 11-5-08 | _____<br>Michael M. Beckwith<br>ASSISTANT UNITED STATES ATTORNEY |
| DATED: 11-5-08 | /s/ Katherine E. Lothrop  by Telephone  authorization<br>_____<br>Katherine E. Lothrop<br>Attorney for Defendant Keoudone N. Phaouthoum |
| DATED: 11-5-08 | /s/ Donald P. Dorfman by Telephone authorization<br>_____<br>Donald P. Dorfman<br>Attorney for Defendant Bounthavee Nerasin |
| DATED 11-5-08 | /s/ Mark J. Reichel by e mail authorization<br>_____<br>Mark J. Reichel<br>Attorney for Defendant Kommala Xayadeth |
| DATED: 11-5-08 | /s/ Johnny L. Griffin, III by e mail authorization<br>_____<br>Johnny L. Griffin, III<br>Attorney for Defendant John Li |
| DATED: 11-5-08 | /s/ Michael B. Bigelow by e mail authorization<br>_____<br>Michael B. Bigelow<br>Attorney for Defendant Son Nguyen |
| DATED: 11-5-08 | /s/ Ronald J. Peters by Telephone authorization<br>_____<br>Ronald J. Peters<br>Attorney for Defendant Vy Rickey You |
| DATED: 11-5-08 | /s/ Dwight M. Samuel by e mail authorization<br>_____<br>Dwight M. Samuel<br>Attorney for Defendant Pamouane Pan Phonephackdy |
| DATED: 11-5-08 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant Koutkeo Thi |

5

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: November 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

6