```
 1  DWIGHT M. SAMUEL (CA SB# 054486)
    A Professional Corporation
 2  117 J Street, Suite 202
    Sacramento, California 95814-2282
 3  (916) 447-1193

 4  Attorney for Defendant
    PAMOUANE PHONEPHACKDY
 5
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S. 08-389 GEB |
|---|---|---|
| Plaintiff, | ) | **AMENDED STIPULATION AND PROPOSED ORDER TO TRAVEL TO MICHIGAN** |
| v. | ) | |
| PAMOUANE PHONEPHACKDY, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed to between, Pamouane Phonephackdy, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Mike Beckwith, Assistant United States Attorney, that Mr. Phonephackdy be permitted to travel to Michigan for a period of 21 days during May of 2009.

Mr. Phonephackdy will provide a travel itinerary or other documentation to US Pretrial.

Respectfully submitted,

Dated: April 17, 2009

                                          /s/ Dwight M. Samuel
                                          DWIGHT M. SAMUEL
                                          Attorney for Defendant

Dated: April 17, 2009

```
                           /s/ Mike Beckwith[1]
                           MIKE BECKWITH
                           Assistant U.S. Attorney
```

IT IS SO ORDERED.

Dated:  April 27, 2009

```
                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge
```

---

[1] Signed per telephonic authorization.