1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  KOUTKEO THI

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    CR.-S-08-389-GEB
                                     )
12          PLAINTIFF,                )    STIPULATION AND PROPOSED ORDER
                                     )    TO CONTINUE STATUS CONFERENCE
13      v.                            )    TO JULY 31, 2009
                                     )
14  KEOUDONE N. PHAOUTHOUM,          )
    et al.,                          )
15                                    )
            DEFENDANTS.              )
16  _____)

17         Plaintiff United States of America, by its counsel, Assistant United

18  States Attorney, Mr. Michael M. Beckwith, and defendant Keoudone N. Phaouthoum

19  by his attorney Mr. Steven D. Bauer, defendant Kommala Xayadeth by his attorney

20  Mr. Mark J. Reichel, defendant John Li, by his attorney Mr. Johnny L. Griffin, III,

21  defendant Son Nguyen, by his attorney Mr. Michael B. Bigelow, defendant Vy

22  Rickey You, by his attorney, Mr. Ronald J. Peters, defendant Pamouane Pan

23  Phonephackdy, by his attorney, Mr. Dwight M. Samuel, and defendant Koutkeo Thi,

24  by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status

25  conference calendared for **Friday, May 1, 2009, at 9:00 a.m.** before the Honorable

26  United States District Court Judge, Garland E. Burrell, Jr., may be continued to

27  **Friday, July 31, 2009, at 9:00 a.m.**

28
                                    1

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, July 31, 2009.

There is no trial date set.

The Court has previously made a finding that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. (See Docket Entries # 36, 46, 47, 63 and 77). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 36, 46, 47, 63 and 77)

## PROCEDURAL STATUS OF THE CASE

On August 11, 2008, the government filed a criminal complaint. (See Docket Entry #1). On August 28, 2008, the government filed a four count Indictment against the eight (8) defendants. (See Docket Entry # 32)

On August 28, 2008, five (5) of the defendants were arraigned on the four (4) count Indictment and a status conference was scheduled for November 7, 2008. The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings

or the trial itself within the time limits established by the Speedy Trial Act. (See Docket Entry 36). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 36)

On September 24, 2008, defendant Vy Rickey You (which would be the sixth defendant) was arraigned on the four (4) count Indictment. The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. (See Docket Entry 36). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 36)

On October 7, 2008, defendants Bounthavee Nereasin and Pamouane Pan Phonephackdy (the seventh and eighth defendants) were arraigned on the four (4) count Indictment. The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel

questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. (See Docket Entry 36 and 47). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 36 and 47)

On November 6, 2008 (See Docket Entry #63) the Court signed a Stipulation and Order continuing the case to for further status to Friday, February 6, 2009, finding excludable time under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act and local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act.

On February 6, 2009, co-defendant Bounthavee Nerasin entered a plea of gulity to Count 1. (See Docket Entry # 76)

On February 11, 2009, the Court signed the parties Stipulation and Order continuing the case for further status to Friday, May 1, 2009, finding excludable time under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable

to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act and local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act.

### DISCOVERY STATUS IN THE CASE

The government is in the process of continuing to produce discovery in this case. To date, the government has produce approximately over 4,700 pages both on CD's and hard copy and approximately over 2.600 telephone calls of various time duration. The government has just recently produced (November 3, 2008) a CD with over 2 hours of video on the CD, some of which is in a language other than English which will need to be translated. The defense is in the continuing process of reviewing this large amount of discovery.

In addition, investigation by the defense is on going.

Also, this is one of six related cases and involving multiple wiretaps. Several defendants are in more than one of the related cases which has extensive and overlapping discovery.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Friday, July 31, 2009, under** the Speedy Trial Act under Local Code T-2 (**complexity of case)** and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Michael M. Beckwith by telephone authorization

DATED: 4-29-09

Michael M. Beckwith
ASSISTANT UNITED STATES ATTORNEY

5

| | |
|---|---|
| DATED: 4-29-09<br>authorization | /s/ Steven D. Bauer  by telephone/e mail<br>_____<br>Steven D. Bauer<br>Attorney for Defendant Keoudone N. Phaouthoum |
| DATED 4-29-09 | /s/ Mark J. Reichel by e mail authorization<br>_____<br>Mark J. Reichel<br>Attorney for Defendant Kommala Xayadeth |
| DATED: 4-29-09 | /s/ Johnny L. Griffin, III by telephone/e mail authorization<br>_____<br>Johnny L. Griffin, III<br>Attorney for Defendant John Li |
| DATED: 4-29-09 | /s/ Michael B. Bigelow by telephone/ e mail authorization<br>_____<br>Michael B. Bigelow<br>Attorney for Defendant Son Nguyen |
| DATED: 4-29-09 | /s/ Ronald J. Peters by telephone/e mail authorization<br>_____<br>Ronald J. Peters<br>Attorney for Defendant Vy Rickey You |
| DATED: 4-29-09 | /s/ Dwight M. Samuel by telephone/ e mail authorization<br>_____<br>Dwight M. Samuel<br>Attorney for Defendant Pamouane Pan Phonephackdy |
| DATED: 4-29-09 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant Koutkeo Thi |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: April 30, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

6