**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR.-S-08-389-GEB
)
    PLAINTIFF, ) STIPULATION AND PROPOSED ORDER
)
    v. ) TO CONTINUE STATUS CONFERENCE TO OCTOBER 23, 2009
)
KEOUDONE N. PHAOUTHOUM, )
et al., )
)
    DEFENDANTS. )
_____ )

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant Keoudone N. Phaouthoum by his attorney Mr. Steven D. Bauer, defendant Kommala Xayadeth by his attorney Mr. Mark J. Reichel, defendant John Li, by his attorney Mr. Johnny L. Griffin, III, defendant Son Nguyen, by his attorney Mr. Michael B. Bigelow, defendant Vy Rickey You, by his attorney, Mr. Ronald J. Peters, defendant Pamouane Pan Phonephackdy, by his attorney, Mr. Dwight M. Samuel, and defendant Koutkeo Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, July 31, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to

1 **Friday, October 23, 2009, at 9:00 a.m.**

2      The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to
3 ensure the Court's calendar was available for that date and the Court is available on
4 Friday, October 23, 2009.

5      There is no trial date set.

6      The Court has previously made a finding that this case is complex pursuant to
7 the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2,
8 which allowed the Court to make the finding that this case is so unusual or so
9 complex, due to the number of defendants, the nature of the prosecution, or the
10 existence of novel questions of fact or law, that it is unreasonable to expect adequate
11 preparation for pretrial proceedings or the trial itself within the time limits established
12 by the Speedy Trial Act.  (See Docket Entries # 36, 46, 47, 63, 77 and 86). In
13 addition,  the Court previously found from the record made with factual support, that
14 time is to be excluded under local code T-4, that time is to be excluded  for the
15 reasonable time necessary for effective preparation by defense counsel and Title 18
16 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 36, 46,
17 47, 63, 77 and 86)

18                   **PROCEDURAL STATUS  OF THE CASE**

19      On August 11, 2008, the government filed a criminal complaint. (See Docket
20 Entry #1). On August 28, 2008, the government filed a four count Indictment against
21 the eight (8) defendants. (See Docket Entry # 32)

22      On August 28, 2008, five (5) of the defendants were arraigned on the four (4)
23 count  Indictment and a status conference was scheduled for November 7, 2008. The
24 Court found that this case is complex pursuant to the Speedy Trial Act, Title 18
25 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make
26 the finding that this case is so unusual or so complex, due to the number of
27 defendants, the nature of the prosecution, or the existence of novel questions of fact

28                                    2

1  or law, that it is unreasonable to expect adequate preparation for pretrial proceedings
2  or the trial itself within the time limits established by the Speedy Trial Act.  (See
3  Docket Entry 36). In addition, the Court previously found from the record made with
4  factual support, that time is to be excluded under local code T-4, that time is to be
5  excluded for the reasonable time necessary for effective preparation by defense
6  counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time
7  was excluded under the Speedy Trial Act from August 28, 2008, to November 7,
8  2008. (See Docket Entry 36)

9       On September 24, 2008, defendant Vy Rickey You (which would be the sixth
10 defendant) was arraigned on the four (4) count Indictment. The Court found that this
11 case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section
12 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding
13 that this case is so unusual or so complex, due to the number of defendants, the nature
14 of the prosecution, or the existence of novel questions of fact or law, that it is
15 unreasonable to expect adequate preparation for pretrial proceedings or the trial itself
16 within the time limits established by the Speedy Trial Act.  (See Docket Entry 36). In
17 addition, the Court previously found from the record made with factual support, that
18 time is to be excluded under local code T-4, that time is to be excluded for the
19 reasonable time necessary for effective preparation by defense counsel and Title 18
20 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under
21 the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry
22 36)

23      On October 7, 2008, defendants Bounthavee Nereasin and Pamouane Pan
24 Phonephackdy (the seventh and eighth defendants) were arraigned on the four (4)
25 count Indictment. The Court found that this case is complex pursuant to the Speedy
26 Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which
27 allowed the Court to make the finding that this case is so unusual or so complex, due
28

1  to the number of defendants, the nature of the prosecution, or the existence of novel
2  questions of fact or law, that it is unreasonable to expect adequate preparation for
3  pretrial proceedings or the trial itself within the time limits established by the Speedy
4  Trial Act.  (See Docket Entry 36 and 47). In addition,  the Court previously found
5  from the record made with factual support, that time is to be excluded under local
6  code T-4, that time is to be excluded  for the reasonable time necessary for effective
7  preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the
8  speedy trial act. Time was excluded under the Speedy Trial Act from August 28,
9  2008, to November 7, 2008. (See Docket Entry 36 and 47)
10      On November 6, 2008 (See Docket Entry #63) the Court signed a Stipulation
11  and Order continuing the case to for further status to Friday, February 6, 2009,
12  finding excludable time under the Speedy Trial Act under both Title 18 U.S.C.
13  section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the
14  finding that this case is so unusual or so complex, due to the number of defendants,
15  the nature of the prosecution, or the existence of novel questions of fact or law, that it
16  is unreasonable to expect adequate preparation for pretrial proceedings or the trial
17  itself within the time limits established by the Speedy Trial Act and local code T-4,
18  that time is to be excluded  for the reasonable time necessary for effective preparation
19  by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial
20  act.
21      On February 6, 2009, co-defendant Bounthavee Nerasin entered a plea of guilty
22  to Count 1. (See Docket Entry # 76)
23      On February 11, 2009, the Court signed the parties Stipulation and Order
24  continuing the case for further status to Friday, May 1, 2009, finding excludable time
25  under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and
26  local code T-2, which allowed the Court to make the finding that this case is so
27  unusual or so complex, due to the number of defendants, the nature of the
28

1 prosecution, or the existence of novel questions of fact or law, that it is unreasonable
2 to expect adequate preparation for pretrial proceedings or the trial itself within the
3 time limits established by the Speedy Trial Act and local code T-4, that time is to be
4 excluded  for the reasonable time necessary for effective preparation by defense
5 counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See
6 Docket Entry # 77)

7      On April 30, 2009, the Court signed a Stipulation and Order continuing the
8 case for further status to Friday, July 31, 2009, finding excludable time under the
9 Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code
10 T-2, which allowed the Court to make the finding that this case is so unusual or so
11 complex, due to the number of defendants, the nature of the prosecution, or the
12 existence of novel questions of fact or law, that it is unreasonable to expect adequate
13 preparation for pretrial proceedings or the trial itself within the time limits established
14 by the Speedy Trial Act and local code T-4, that time is to be excluded  for the
15 reasonable time necessary for effective preparation by defense counsel and Title 18
16 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 86)

17

18 **DISCOVERY STATUS IN THE CASE**

19      The government is in the process of continuing to produce discovery in this
20 case. To date, the government has produce approximately over 4,700 pages both on
21 CD's and hard copy and approximately over 2,600 telephone calls of various time
22 duration. The government has produced a CD with over 2 hours of video on the CD,
23 some of which is in a language other than English which will need to be translated.
24 The defense is in the continuing process of reviewing this large amount of discovery.
25      In addition, investigation by the defense is on going.
26      Also, this is one of six related cases and involving  multiple wiretaps. Several
27 defendants are in more than one of the related cases which has extensive and
28

1  overlapping discovery.

2      The parties stipulate and agree that time under the Speedy Trial Act shall
3  continue be excluded **up to and including Friday, October 23, 2009, under** the
4  Speedy Trial Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C.
5  section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel**
6  **preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

                        Respectfully submitted,

                        LAWRENCE G. BROWN
                        ACTING UNITED STATES ATTORNEY

                        /s/ Michael M. Beckwith in person authorization

DATED: 7-28-09
                        Michael M. Beckwith
                        ASSISTANT UNITED STATES ATTORNEY

DATED: 7-28-09
                        /s/ Steven D. Bauer  by e mail  authorization

                        Steven D. Bauer
                        Attorney for Defendant Keoudone N. Phaouthoum

DATED 7-28-09            /s/ Mark J. Reichel by e mail authorization

                        Mark J. Reichel
                        Attorney for Defendant Kommala Xayadeth

DATED: 7-28-09          /s/ Johnny L. Griffin, III by e mail authorization

                        Johnny L. Griffin, III
                        Attorney for Defendant John Li

DATED: 7-28-09          /s/ Michael B. Bigelow by e mail authorization

                        Michael B. Bigelow
                        Attorney for Defendant Son Nguyen

DATED: 7-28-09          /s/ Ronald J. Peters by e mail authorization

                        Ronald J. Peters
                        Attorney for Defendant Vy Rickey You

DATED: 7-28-09          /s/ Dwight M. Samuel by e mail authorization

_____
Dwight M. Samuel
Attorney for Defendant Pamouane Pan Phonephackdy

DATED: 7-28-09        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Koutkeo Thi

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

7