**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-389-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO FEBRUARY 26, 2010 |
| ) | |
| KEOUDONE N. PHAOUTHOUM, ) et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant Keoudone N. Phaouthoum by his attorney Mr. Joseph J/ Wiseman, defendant Kommala Xayadeth by his attorney Mr. Mark J. Reichel, defendant John Li, by his attorney Mr. Johnny L. Griffin, III, defendant Son Nguyen, by his attorney Mr. Michael B. Bigelow, defendant Vy Rickey You, by his attorney, Mr. Ronald J. Peters, defendant Pamouane Pan Phonephackdy, by his attorney, Mr. Dwight M. Samuel, and defendant Koutkeo Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, October 23, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be

1

continued to **Friday, February 26, 2010, at 9:00 a.m.**

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, February 26, 2010.

There is no trial date set.

The Court has previously made a finding that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entries # 36, 46, 47, 63 and 77). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 36, 46, 47, 63, 77, 86 and 93)

## PROCEDURAL STATUS  OF THE CASE

On August 11, 2008, the government filed a criminal complaint. (See Docket Entry #1). On August 28, 2008, the government filed a four count Indictment against the eight (8) defendants. (See Docket Entry # 32)

On August 28, 2008, five (5) of the defendants were arraigned on the four (4) count  Indictment and a status conference was scheduled for November 7, 2008. The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact

or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entry 36). In addition,  the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 36)

On September 24, 2008, defendant Vy Rickey You (which would be the sixth defendant) was arraigned on the four (4) count Indictment. The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entry 36). In addition,  the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 36)

On October 7, 2008, defendants Bounthavee Nereasin and Pamouane Pan Phonephackdy (the seventh and eighth defendants) were arraigned on the four (4) count Indictment. The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due

to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. (See Docket Entry 36 and 47). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 36 and 47)

On November 6, 2008 (See Docket Entry #63) the Court signed a Stipulation and Order continuing the case to for further status to Friday, February 6, 2009, finding excludable time under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act and local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act.

On February 6, 2009, co-defendant Bounthavee Nerasin entered a plea of guilty to Count 1. (See Docket Entry # 76)

On February 11, 2009, the Court signed the parties Stipulation and Order continuing the case for further status to Friday, May 1, 2009, finding excludable time under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the

prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act and local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 77)

On April 30, 2009, the Court signed a Stipulation and Order continuing the case for further status to Friday, July 31, 2009, finding excludable time under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act and local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 86)

On August 5, 2009, the Court signed a Stipulation and Order continuing the case for further status to Friday, October 23, 2009, finding excludable time under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act and local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 93)

On August 19, 2009, this Court signed a substitution of attorneys in this case,

1  replacing one attorney with attorney, Mr. Joseph J. Wiseman. (See Docket Entry #
2  95) Mr. Wiseman, as of August 19, 2009, was now representing the lead defendant in
3  the case.

## DISCOVERY STATUS IN THE CASE

5  The government is in the process of continuing to produce discovery in this
6  case. To date, the government has produce approximately over 4,700 pages both on
7  CD's and hard copy and approximately over 2.600 telephone calls of various time
8  duration. The government has just recently produced (November 3, 2008) a CD with
9  over 2 hours of video on the CD, some of which is in a language other than English
10 which will need to be translated.  The defense is in the continuing process of
11 reviewing this large amount of discovery.

12  In addition, investigation by the defense is on going.

13  Also, this is one of four related cases and involving  multiple wiretaps. Several
14 defendants are in more than one of the related cases which has extensive and
15 overlapping discovery.

16  The parties stipulate and agree that time under the Speedy Trial Act  shall
17 continue be excluded **up to and including Friday, February 26, 2010, under** the
18 Speedy Trial Act under Local Code T-2 (**complexity of case)** and Title 18 U.S.C.
19 section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel**
20 **preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

21                              Respectfully submitted,
22                              LAWRENCE G. BROWN
                                ACTING UNITED STATES ATTORNEY
23
                                /s/ Michael M. Beckwith in person authorization
24 DATED: 10-20-09              _____
25                              Michael M. Beckwith
                                ASSISTANT UNITED STATES ATTORNEY
26
27 DATED: 10-20-09
28
                                        6

|   |   |
|---|---|
|   | /s/ Joseph J. Wiseman by e mail authorization |
|   | Joseph J. Wiseman |
|   | Attorney for Defendant Keoudone N. Phaouthoum |
| DATED 10-20-09 | /s/ Mark J. Reichel by e mail authorization |
|   | Mark J. Reichel |
|   | Attorney for Defendant Kommala Xayadeth |
| DATED: 10-20-09 | /s/ Johnny L. Griffin, III by e mail authorization |
|   | Johnny L. Griffin, III |
|   | Attorney for Defendant John Li |
| DATED: 10-20-09 | /s/ Michael B. Bigelow by telephone authorization |
|   | Michael B. Bigelow |
|   | Attorney for Defendant Son Nguyen |
| DATED: 10-20-09 | /s/ Ronald J. Peters by telephone authorization |
|   | Ronald J. Peters |
|   | Attorney for Defendant Vy Rickey You |
| DATED: 10-20-09 | /s/ Dwight M. Samuel by e mail authorization |
|   | Dwight M. Samuel |
|   | Attorney for Defendant Pamouane Pan Phonephackdy |
| DATED: 10-20-09 | /s/ James R. Greiner |
|   | James R. Greiner |
|   | Attorney for Defendant Koutkeo Thi |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: October 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge

7