DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193

Attorney for Defendant
PAMOUANE PHONEPHACKDY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S. 08-389 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO |
| | ) | TRAVEL TO |
| PAMOUANE PHONEPHACKDY, | ) | MICHIGAN |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between, Pamouane Phonephackdy, by and through

counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through

Mike Beckwith, Assistant United States Attorney, that Mr. Phonephackdy be permitted to travel

to Michigan from December 7, 2009 through January 7, 2010.  Daryl Walker, U.S. Pretrial, has

approved these dates.

    Mr. Phonephackdy will provide a travel itinerary or other documentation to U.S. Pretrial.

Respectfully submitted,

Dated: October 27, 2009


                                     ___/s/ Dwight M. Samuel___
                                     DWIGHT M. SAMUEL
                                     Attorney for Defendant

Dated: October 27, 2009

_____
Mike Beckwith[1]
MIKE BECKWITH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  October 28, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

_____
[1] Authored signature via email.