**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-389-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO APRIL 9, 2010 |
| ) | |
| KEOUDONE N. PHAOUTHOUM, ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States

Attorney, Mr. Michael M. Beckwith, and defendant Keoudone N. Phaouthoum by his

attorney Mr. Joseph J. Wiseman, defendant John Li,  by his attorney Mr. Johnny L.

Griffin, III, defendant Son Nguyen, by his attorney Mr. Michael B. Bigelow,

defendant Vy Rickey You, by his attorney, Mr. Ronald J. Peters, defendant Pamouane

Pan Phonephackdy, by his attorney, Mr. Dwight M. Samuel, and defendant Koutkeo

Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status

conference calendared for **Friday, February 26, 2010, at 9:00 a.m.** before the

Honorable United States District Court Judge, Garland E. Burrell, Jr., may be

continued to **Friday, April 9, 2010, at 9:00 a.m.**

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to

1

1  ensure the Court's calendar was available for that date and the Court is available on

2  **Friday, April 9, 2010.**

3      The Court has previously made findings that this case was and remains

4  complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(7)(B)(ii)

5  and local code T-2**,** which allowed the Court to make the finding that this case is so

6  unusual or so complex**,** due to the number of defendants, the nature of the

7  prosecution, or the existence of novel questions of fact or law, that it is unreasonable

8  to expect adequate preparation for pretrial proceedings or the trial itself within the

9  time limits established by the Speedy Trial Act.  (See Docket Entries # 36, 46, 47, 63,

10 77, 86,  93, 97 and 99). In addition,  the Court previously found from the record made

11 with factual support, that time is to be excluded under local code T-4, that time is to

12 be excluded  for the reasonable time necessary for effective preparation by defense

13 counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. (See

14 Docket Entries # 36, 46, 47, 63, 77, 86, 93, 97 and 99)

15                     **PROCEDURAL STATUS  OF THE CASE**

16      On August 11, 2008, the government filed a criminal complaint. (See Docket

17 Entry #1). On August 28, 2008, the government filed a four count Indictment against

18 the eight (8) defendants. (See Docket Entry # 32)

19      On August 28, 2008, five (5) of the defendants were arraigned on the four (4)

20 count  Indictment and a status conference was scheduled for November 7, 2008. The

21 Court found that this case is complex pursuant to the Speedy Trial Act, Title 18

22 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2**,** which allowed the Court to make

23 the finding that this case is so unusual or so complex**,** due to the number of

24 defendants, the nature of the prosecution, or the existence of novel questions of fact

25 or law, that it is unreasonable to expect adequate preparation for pretrial proceedings

26 or the trial itself within the time limits established by the Speedy Trial Act.  (See

27 Docket Entry 36). In addition,  the Court previously found from the record made with

28                                    2

1   factual support, that time is to be excluded under local code T-4, that time is to be

2   excluded  for the reasonable time necessary for effective preparation by defense

3   counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time

4   was excluded under the Speedy Trial Act from August 28, 2008, to November 7,

5   2008. (See Docket Entry 36)

6        On September 24, 2008, defendant Vy Rickey You (which would be the sixth

7   defendant) was arraigned on the four (4) count Indictment. The Court found that this

8   case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section

9   3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding

10  that this case is so unusual or so complex, due to the number of defendants, the nature

11  of the prosecution, or the existence of novel questions of fact or law, that it is

12  unreasonable to expect adequate preparation for pretrial proceedings or the trial itself

13  within the time limits established by the Speedy Trial Act.  (See Docket Entry 36). In

14  addition,  the Court previously found from the record made with factual support, that

15  time is to be excluded under local code T-4, that time is to be excluded  for the

16  reasonable time necessary for effective preparation by defense counsel and Title 18

17  U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under

18  the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry

19  36)

20       On October 7, 2008, defendants Bounthavee Nereasin and Pamouane Pan

21  Phonephackdy (the seventh and eighth defendants) were arraigned on the four (4)

22  count Indictment. The Court found that this case is complex pursuant to the Speedy

23  Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which

24  allowed the Court to make the finding that this case is so unusual or so complex, due

25  to the number of defendants, the nature of the prosecution, or the existence of novel

26  questions of fact or law, that it is unreasonable to expect adequate preparation for

27  pretrial proceedings or the trial itself within the time limits established by the Speedy

28

3

1    Trial Act.  (See Docket Entry 36 and 47). In addition,  the Court previously found

2    from the record made with factual support, that time is to be excluded under local

3    code T-4, that time is to be excluded  for the reasonable time necessary for effective

4    preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the

5    speedy trial act. Time was excluded under the Speedy Trial Act from August 28,

6    2008, to November 7, 2008. (See Docket Entry 36 and 47)

7        On November 6, 2008 (See Docket Entry #63) the Court signed a Stipulation

8    and Order continuing the case to for further status to Friday, February 6, 2009,

9    finding excludable time under the Speedy Trial Act under both Title 18 U.S.C.

10   section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the

11   finding that this case is so unusual or so complex, due to the number of defendants,

12   the nature of the prosecution, or the existence of novel questions of fact or law, that it

13   is unreasonable to expect adequate preparation for pretrial proceedings or the trial

14   itself within the time limits established by the Speedy Trial Act and local code T-4,

15   that time is to be excluded  for the reasonable time necessary for effective preparation

16   by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial

17   act.

18       On February 6, 2009, co-defendant Bounthavee Nerasin entered a plea of guilty

19   to Count 1. (See Docket Entry # 76)

20       On February 11, 2009, the Court signed the parties Stipulation and Order

21   continuing the case for further status to Friday, May 1, 2009, finding excludable time

22   under the Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and

23   local code T-2, which allowed the Court to make the finding that this case is so

24   unusual or so complex, due to the number of defendants, the nature of the

25   prosecution, or the existence of novel questions of fact or law, that it is unreasonable

26   to expect adequate preparation for pretrial proceedings or the trial itself within the

27   time limits established by the Speedy Trial Act and local code T-4, that time is to be

28

1   excluded  for the reasonable time necessary for effective preparation by defense

2   counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See

3   Docket Entry # 77)

4        On April 30, 2009, the Court signed a Stipulation and Order continuing the

5   case for further status to Friday, July 31, 2009, finding excludable time under the

6   Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code

7   T-2**,** which allowed the Court to make the finding that this case is so unusual or so

8   complex**,** due to the number of defendants, the nature of the prosecution, or the

9   existence of novel questions of fact or law, that it is unreasonable to expect adequate

10  preparation for pretrial proceedings or the trial itself within the time limits established

11  by the Speedy Trial Act and local code T-4, that time is to be excluded  for the

12  reasonable time necessary for effective preparation by defense counsel and Title 18

13  U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 86)

14       On August 5, 2009, the Court signed a Stipulation and Order continuing the

15  case for further status to Friday, October 23, 2009, finding excludable time under the

16  Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code

17  T-2**,** which allowed the Court to make the finding that this case is so unusual or so

18  complex**,** due to the number of defendants, the nature of the prosecution, or the

19  existence of novel questions of fact or law, that it is unreasonable to expect adequate

20  preparation for pretrial proceedings or the trial itself within the time limits established

21  by the Speedy Trial Act and local code T-4, that time is to be excluded  for the

22  reasonable time necessary for effective preparation by defense counsel and Title 18

23  U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 93)

24       On August 19, 2009, this Court signed a substitution of attorneys in this case,

25  replacing one attorney and substituting in as  attorney of record,  Mr. Joseph J.

26  Wiseman, representing defendant Keoudone N. Phaouthoum  (See Docket Entry # 95)

27  Mr. Wiseman, as of August 19, 2009, was now representing the lead defendant in this

28

1  case.

2  On October 28, 2009, the Court signed a Stipulation and Order continuing the

3  case for further status to Friday, October 23, 2009, finding excludable time under the

4  Speedy Trial Act under both Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code

5  T-2**,** which allowed the Court to make the finding that this case is so unusual or so

6  complex**,** due to the number of defendants, the nature of the prosecution, or the

7  existence of novel questions of fact or law, that it is unreasonable to expect adequate

8  preparation for pretrial proceedings or the trial itself within the time limits established

9  by the Speedy Trial Act and local code T-4, that time is to be excluded  for the

10 reasonable time necessary for effective preparation by defense counsel and Title 18

11 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entry # 99)

12

13 **DISCOVERY STATUS IN THE CASE**

14 To date, the government has produce approximately over 4,700 pages both on

15 CD's and hard copy and approximately over 2.600 telephone calls of various time

16 duration. The government has just recently produced (November 3, 2008) a CD with

17 over 2 hours of video on the CD, some of which is in a language other than English

18 which will need to be translated.  The government continues to produce discovery as

19 it becomes available. The defense is in the continuing process of reviewing this large

20 amount of discovery.

21 In addition, investigation by the defense is on going.

22 Finally, continuing discussions between the government and the defendants

23 continues in a good faith effort and attempt to resolve this matter short of trial (which

24 would be a cost savings to both this Court and the government and allow both the

25 Court and the government to use its resources in other areas).

26 Also, this is one of four related cases and involving  multiple wiretaps. Several

27 defendants are in more than one of the related cases which has extensive and

28

1   overlapping discovery.

2        The parties stipulate and agree that time under the Speedy Trial Act  shall

3   continue be excluded **up to and including Friday, April 9,  2010,  under** the Speedy

4   Trial Act under Local Code T-2 (**complexity of case)** and Title 18 U.S.C. section

5   3161(h)(7)(B)(ii)and Local Code T-4 (**time for defense counsel preparation**) and

6   Title 18 U.S.C. section 3161(h)(7)(B)(iv).

7                                  Respectfully submitted,

8                                  BENJAMIN B. WAGNER
                                   UNITED STATES ATTORNEY

9
                                   /s/ Michael M. Beckwith in person authorization
10
    DATED: 2-24-10                  _____
11                                  Michael M. Beckwith
                                   ASSISTANT UNITED STATES ATTORNEY
12

13  DATED: 2-24-10                  /s/ Joseph J. Wiseman by e mail  authorization

14                                  _____
                                   Joseph J. Wiseman
                                   Attorney for Defendant Keoudone N. Phaouthoum
15
    DATED 2-24-10                   /s/ Mark J. Reichel by e mail authorization
16
                                   _____
17                                  Mark J. Reichel
                                   Attorney for Defendant Kommala Xayadeth

18  DATED: 2-24-10                  /s/ Johnny L. Griffin, III by e mail authorization

19                                  _____
                                   Johnny L. Griffin, III
20                                  Attorney for Defendant John Li

    DATED: 2-24-10                  /s/ Michael B. Bigelow by e mail  authorization
21
                                   _____
22                                  Michael B. Bigelow
                                   Attorney for Defendant Son Nguyen

23  DATED: 2-24-10                  /s/ Ronald J. Peters by telephone  authorization

24                                  _____
                                   Ronald J. Peters
25                                  Attorney for Defendant Vy Rickey You

    DATED: 2-24-10                  /s/ Dwight M. Samuel by e mail authorization
26
                                   _____
27                                  Dwight M. Samuel
                                   Attorney for Defendant Pamouane Pan Phonephackdy

28                                              7

1

2  DATED: 2-24-10                    /s/ James R. Greiner

3                                    James R. Greiner
                                     Attorney for Defendant Koutkeo Thi

4

5                            **ORDER**

6        **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

7  Dated:  February 25, 2010

8

9

10                                   GARLAND E. BURRELL, JR.
                                     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       8