**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-389-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO OCTOBER 22, 2010 |
| ) | |
| KEOUDONE N. PHAOUTHOUM, ) et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant Kommala Xayadeth by his attorney Mr. Mark J. Reichel,  defendant John Li,  by his attorney Mr. Johnny L. Griffin, III, defendant Son Nguyen, by his attorney Mr. Michael B. Bigelow, defendant Vy Rickey You, by his attorney, Mr. Ronald J. Peters, defendant Pamouane Pan Phonephackdy, by his attorney, Mr. Dwight M. Samuel, and defendant Koutkeo Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, July 16,  2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, October 22 2010, at 9:00 a.m.**

1

1  The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to
2 ensure the Court's calendar was available for that date and the Court is available on
3 Friday, October 22, 2010.

4  There is no trial date set.

5  The Court has previously made findings that this case was and remains
6 complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii)
7 and local code T-2, which allowed the Court to make the finding that this case is so
8 unusual or so complex, due to the number of defendants, the nature of the
9 prosecution, or the existence of novel questions of fact or law, that it is unreasonable
10 to expect adequate preparation for pretrial proceedings or the trial itself within the
11 time limits established by the Speedy Trial Act.  (See Docket Entries # 36, 46, 47, 63,
12 77, 86, 93, 97, 109, and 112). In addition,  the Court previously found from the record
13 made with factual support, that time is to be excluded under local code T-4, that time
14 is to be excluded  for the reasonable time necessary for effective preparation by
15 defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act.
16 (See Docket Entries # 36, 46, 47, 63, 77, 86, 93, 97, 109 and 112)

### DISCOVERY STATUS IN THE CASE

18  To date, the government has produce approximately over 4,700 pages both on
19 CD's and hard copy and approximately over 2.600 telephone calls of various time
20 duration. The government has just recently produced (November 3, 2008) a CD with
21 over 2 hours of video on the CD, some of which is in a language other than English
22 which will need to be translated.  The government continues to produce discovery as
23 it becomes available. The defense is in the continuing process of reviewing this large
24 amount of discovery.

25  In addition, investigation by the defense is on going.

26  Finally, continuing discussions between the government and the defendants
27 continues in a good faith effort and attempt to resolve this matter short of trial (which

1  would be a cost savings to both this Court and the government and allow both the
2  Court and the government to use its resources in other areas).
3      Also, this is one of four related cases and involving multiple wiretaps. Several
4  defendants are in more than one of the related cases which has extensive and
5  overlapping discovery. The additional time is reasonably necessary to allow for
6  further discussions with the government as to possible resolutions.
7      The parties stipulate and agree that time under the Speedy Trial Act shall
8  continue be excluded **up to and including Friday, October 22, 2010, under** the
9  Speedy Trial Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C.
10 section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel**
11 **preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|  | /s/ Michael M. Beckwith by e mail authorization |
| DATED: 7-9-10 | _____<br>Michael M. Beckwith<br>ASSISTANT UNITED STATES ATTORNEY |
| DATED 7-9-10 | /s/ Mark J. Reichel by e mail authorization<br>_____<br>Mark J. Reichel<br>Attorney for Defendant Kommala Xayadeth |
| DATED: 7-9-10 | /s/ Johnny L. Griffin, III by e mail authorization<br>_____<br>Johnny L. Griffin, III<br>Attorney for Defendant John Li |
| DATED: 7-9-10 | /s/ Michael B. Bigelow by e mail authorization<br>_____<br>Michael B. Bigelow<br>Attorney for Defendant Son Nguyen |
| DATED: 7-9-10 | /s/ Ronald J. Peters by e mail authorization<br>_____<br>Ronald J. Peters<br>Attorney for Defendant Vy Rickey You |

DATED: 7-9-10         /s/ Dwight M. Samuel by e mail authorization
_____
Dwight M. Samuel
Attorney for Defendant Pamouane Pan Phonephackdy

DATED: 7-9-10         /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Koutkeo Thi

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: July 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

4