DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193

Attorney for Defendant
PAMOUANE PHONEPHACKDY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S. 08-389 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED |
| v. ) | ORDER TO TRAVEL TO |
| ) | MICHIGAN |
| PAMOUANE PHONEPHACKDY, ) | |
| ) | |
| Defendant. ) | |

      Defendant, Pamouane Phonephackdy, through counsel, Dwight M. Samuel, and United States of America, through Mike Beckwith, Assistant United States Attorney, stipulate and agree that Mr. Phonephackdy be permitted to travel to Michigan from December 17, 2010 up to and including January 17, 2011.

      Mr. Phonephackdy will provide a travel itinerary or other documentation to US Pretrial.

Respectfully submitted,

Dated: November 22, 2010

                                        /s/ Dwight M. Samuel
                                        DWIGHT M. SAMUEL
                                        Attorney for Defendant

Dated: November 22, 2010            /s/ Mike Beckwith[1]
                                        MIKE BECKWITH
                                        Assistant U.S. Attorney

---

[1] Signed per telephonic authorization.

1  IT IS SO ORDERED.

2  Dated: November 23, 2010

4  _____
   GARLAND E. BURRELL, JR.
5  United States District Judge