DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
PAMOUANE PHONEPHACKDY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAMOUANE PHONEPHACKDY, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR.S. 08-389 GEB <br><br> STIPULATION AND PROPOSED ORDER REGARDING TERMS OF RELEASE |

All parties agree that Defendant, Pamouane Phonephackdy's passport which is presently lodged with the Clerk of the Court may be returned to him through his attorney Dwight M. Samuel. Defendant has voluntarily surrender on March 18th.

Respectfully submitted,

Dated: April 1, 2011

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant

Dated: April 1, 2011

/S/ Mike Beckwith
MIKE BECKWITH
Assistant U.S. Attorney

1

IT IS SO ORDERED.

Dated: April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge